# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALEXANDER J. DELUISE,<br>    *Plaintiff*,<br><br>            v.<br><br>TECHTROID, INC., alias and<br>OWAIS MUGHLOO, alias,<br>    *Defendants*. | C.A. No. 1:21-cv-00115-WES-PAS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Alexander J. DeLuise and Defendants TechTroid, Inc. and Owais Mughloo, by their undersigned attorneys, stipulate and agree that the above-captioned action is dismissed in its entirety with prejudice and without attorneys' fees, costs, or disbursements to either party.

Dated: October 1, 2021

| | |
|---|---|
| Plaintiff,<br>ALEXANDER J. DELUISE,<br>By his attorney, | Defendants,<br>TECHTROID, INC., and<br>OWAIS MUGHLOO,<br>By their attorney, |
| /s/ Richard R. Sinapi<br>Richard R. Sinapi, Esq. (#2977)<br>SINAPI LAW ASSOCIATES, LTD.<br>2374 Post Road, Suite 201<br>Warwick, RI 02886<br>Phone: (401) 739-9690<br>Fax: (401) 739-9490<br>ras@sinapilaw.com | /s/ Brenna A. Force<br>Brenna Anatone Force (#8555)<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI  02903-1345<br>Tel:  401-274-7200<br>Fax:  401-751-0604<br>bforce@apslaw.com |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed this Stipulation through the ECF system on the 1st day of October, 2021, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 1:21-cv-00115-WES-PAS.

                                                          /s/ Brenna A. Force